United States District Court
Southern District of Texas
**ENTERED**
June 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **WILLIAM ANIBER YACER OSORIO,** <br>    Petitioner, <br><br> v. <br><br> **MARKWAYNE MULLIN**, in his official capacity, *et al.*, <br>    Respondents, | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. **1:26-cv-461** |

## ORDER TO SHOW CAUSE

On May 22, 2026, the Court ordered the Government "to file a response to Osorio's § 2241 Petition on or before **June 5, 2026.**" Dkt. No. 3 at 2 (emphasis in original). To date, the Government has failed to comply with the Court's Order.

The Government is hereby **ORDERED** to appear for a hearing before the Court on **June 22, 2026**, at **8:30 A.M.** to **SHOW CAUSE** as to why the Government should not be found in contempt for failure to obey a court order.

**SO ORDERED**.

**SIGNED** on this **11th** day of **June, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III
United States Magistrate Judge**